## Commonwealth *v.* Holderbaum, Appellant.

Submitted November 11, 1970. *John J. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant;

*Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.